**Dismiss and Opinion Filed June 22, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00408-CV

### PATRICK D. MOORE, Appellant
### V.
### JENNIFER J. MOORE, Appellee

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-06890**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee and the clerk's record in this case are past due. By postcard dated April 11, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By letter dated May 29, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


                     /Carolyn Wright/
                     CAROLYN WRIGHT
                     CHIEF JUSTICE


180408F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PATRICK D. MOORE, Appellant

No. 05-18-00408-CV     V.

JENNIFER J. MOORE, Appellee

On Appeal from the 302nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-17-06890.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee JENNIFER J. MOORE recover her costs of this appeal from appellant PATRICK D. MOORE.

Judgment entered June 22, 2018.